**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SEAN MICHAEL WOODRUFF** **PETITIONER**

**v.** **NO. 4:26-cv-00667-JM**

**DEXTER PAYNE** **RESPONDENT**

# JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 28th day of October, 2026.

UNITED STATES DISTRICT JUDGE